1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARKEITH JENKINS,                          No.  2:21-CV-1555-KJM-DMC-P

12                      Plaintiff,

13           v.                                   ORDER

14    MacDONALD, et al.,

15                      Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under

18    42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge as provided by

19    Eastern District of California local rules.

20          On December 3, 2021, the Magistrate Judge filed findings and recommendations,

21    which were served on the parties and which contained notice that the parties may file objections

22    within the time specified therein.  Timely objections to the findings and recommendations have

23    been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304(f), this Court has conducted a *de novo* review of this case.  Having reviewed the file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                          1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed December 3, 2021, are adopted in full;

2.      This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3.      The Clerk of the Court is directed to enter judgment and close this file.

DATED:  February 23, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE

2